# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERALD A. OGLESBEE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. CV-11-311-CI<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) **JUDGMENT IN A**<br>) **CIVIL CASE**<br>) |
| Defendant. | )<br>) |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: December 11, 2012

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk